730 A.2d 1290

BONNIE SEGAL, ETC., ET ALS., PLAINTIFFS–MOVANTS,
v. ROY ROGERS RESTAURANT, ET ALS.,
DEFENDANTS–RESPONDENTS.

March 16, 1999.

Leave to appeal is granted, limited to the issue of whether *N.J.S.A.* 34:15–10 exempts all minors from the bar of the Workers' Compensation Act, and the trial court's order of February 1, 1999, holding that all minors are not exempt, is summarily reversed. Jurisdiction is not retained.